# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

**02C 4721**

COMPUTER ASSOCIATES INTERNATIONAL, INC.

Plaintiff,

v.

Case Number:

JUDGE MORAN

QUEST SOFTWARE, INC., MICHAEL FRIEL, DEBORAH JENSON,
ROBERT M. MACKOWIAK, ELIZABETH W. WAHLGREN,

Defendants.

MAGISTRATE JUDGE MASON

02 JUL -2 PM 2:49

FILED-ED4

**APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:**
PLAINTIFF, COMPUTER ASSOCIATES INTERNATIONAL, INC.

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME   Jeanne M. Gills | NAME   John F. Zabriskie |
| FIRM   Foley & Lardner | FIRM   Foley & Lardner |
| STREET ADDRESS  330 North Wabash, Suite 3300 | STREET ADDRESS  330 North Wabash, Suite 3300 |
| CITY/STATE/ZIP  Chicago, IL  60611 | CITY/STATE/ZIP  Chicago, IL  60611 |
| TELEPHONE NUMBER  312/755-1900 | TELEPHONE NUMBER  312/755-1900 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6225018 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6187887 |
| MEMBER OF TRIAL BAR?  YES  X  NO | MEMBER OF TRIAL BAR?  YES  X  NO |
| TRIAL ATTORNEY?  YES  X  NO | TRIAL ATTORNEY?  YES  X  NO |
|  | DESIGNATED AS LOCAL COUNSEL?  YES  NO  X |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME   Therese C. King | NAME |
| FIRM   Foley & Lardner | FIRM |
| STREET ADDRESS  330 North Wabash, Suite 3300 | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, IL  60611 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  312/755-1900 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)   6272539 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES  NO  X | MEMBER OF TRIAL BAR?  YES  NO |
| TRIAL ATTORNEY?  YES  NO  X | TRIAL ATTORNEY?  YES  NO |
| DESIGNATED AS LOCAL COUNSEL?  YES  NO  X | DESIGNATED AS LOCAL COUNSEL?  YES  NO |

JS 44
(Rev. 07/89)

*Cat 3*

**CIVIL COVER SHEET**

The JS-44 civil cover sheet and the information contained herein ... replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

COMPUTER ASSOCIATES
INTERNATIONAL, INC.

## DEFENDANTS

QUEST SOFTWARE, INC.,
MICHAEL FRIEL, DEBORAH
JENSON, ROBERT M.
MACKOWIAK, ELIZABETH W.
WAHLGREN

**02C 4721**

JUDGE MORAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Suffolk, NY
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Orange, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
**Foley & Lardner**    John F. Zabriskie
One IBM Plaza    Jeanne M. Gills
330 North Wabash, Suite 3300    Therese C. King
Chicago, Illinois 60611    (312) 755-1900

ATTORNEYS (IF KNOWN)

No

MAGISTRATE JUDGE MASON

JUL - 2 2002

FILED

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

|  |  |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated or Principal Place of Business In Another State | ☒ 5 | ☒ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Plaintiff brings this cause of action for (1) copyright infringement pursuant to 17 USC § 101 et seq; and (2) trade secret misappropriation, pursuant to 765 ILCS §§ 1065, et seq. As an alternative basis, diversity jurisdiction is proper pursuant to 28 USC § 1332.

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☒ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND** $damages in excess of $75,000.00

Check YES only if demanded in complaint:
**JURY DEMAND:** ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY    None. (See instructions):

JUDGE      DOCKET NUMBER

DATE July 2, 2002      SIGNATURE OF ATTORNEY OF RECORD
*Jeanne M Gill*

UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| QUEST SOFTWARE, INC., a California corporation, MICHAEL J. FRIEL, an Illinois resident, DEBORAH A. JENSON, an Illinois resident, ROBERT M. MACKOWIAK, an Illinois resident, and ELIZABETH W. WAHLGREN, an Illinois resident, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 02C 4721

Judge JUDGE MORAN

Magistrate

MAGISTRATE JUDGE MASON

**JURY DEMANDED**

02 JUL -2 PM 2:49   FILED-E04

## COMPLAINT

Plaintiff, Computer Associates International, Inc. ("Computer Associates"), by its attorneys, as its Complaint against Defendants, Quest Software, Inc. ("Quest"), Deborah A. Jenson ("Jenson"), Michael J. Friel ("Friel"), Robert M. Mackowiak ("Mackowiak"), and Elizabeth W. Wahlgren ("Wahlgren") (collectively, "Defendants"), states the following:

### NATURE OF THE ACTION

1.  Computer Associates brings this action to recover damages it suffered and continues to suffer, as well as for injunctive and other relief, to compensate it for and to remedy the Defendants' unlawful taking, disclosure, copying and use of the proprietary computer software source code (referred to herein as "EDBA Source Code") used to develop Computer Associates' Enterprise Database Administration ("EDBA") software product. The EDBA Source Code is protected as copyrightable material within the meaning of the federal

Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.* ("Copyright Act"), as evidenced by the following Certificates of Copyright Registration Nos. TXu 1-028-946, TX 5-524-580, TX 5-524-583, TX 5-524-582, and TX 5-524-581 (attached as a group exhibit in Exhibit 1 and incorporated herein by reference). The EDBA Source Code is also protected as a trade secret within the meaning of the Illinois Trade Secrets Act, 765 I.L.C.S. §§ 1065/1 *et seq.*

2.     The Defendants, either individually or in concert, and without permission or license from Computer Associates, copied, and used the EDBA Source Code to develop one or more products within Quest's "Quest Central" suite of database administration software products. The Defendants also copied and used the EDBA Source Code to wrongfully gain a continuing commercial advantage at the expense of Computer Associates. Accordingly, Computer Associates brings this action against the Defendants for: (1) copyright infringement; and (2) trade secret misappropriation.

## THE PARTIES

3.     Computer Associates is a Delaware corporation with its principal place of business at One Computer Associates Plaza, Islandia, New York 11749.

4.     In 1999, Computer Associates acquired Platinum *technology* International, *inc.* ("Platinum"). Platinum was an Illinois corporation with its principal place of business in this judicial district, located at 1815 South Meyers Road, 10th Floor, Oakbrook Terrace, Illinois 60181.

5.     Computer Associates provides software, support, and integration services to companies around the world. One of its product offerings is database administration software for both major types of computer operating environments:  mainframe and open systems. Its EDBA products allow database administrators to simplify the process of managing an open

system by automating and coordinating many of the tasks necessary to manage databases on multiple servers.

6.     The EDBA Source Code giving rise to this dispute was developed at Platinum in its Illinois facilities.  Computer Associates owns all right, title, and interest in and to such EDBA Source Code, including the software products that were developed by Platinum and Computer Associates using the EDBA Source Code.

7.     Quest is a California corporation with its principal place of business at 8001 Irvine Center, Suite 200, Irvine, California 92618.  On information and belief, since 1999, Quest has also had active operations in this judicial district, including an office located at 4320 Winfield Road, Suite 500, Warrenville, Illinois 60555.

8.     Quest is one of Computer Associates' primary competitors in the database administration software industry, including software to administer IBM's DB2 database management system software.  One or more programs within Quest's "Quest Central" suite of database administration software products was, upon information and belief, developed by former Platinum and/or Computer Associates employees (including Defendants Jenson, Friel, Mackowiak, and Wahlgren) improperly using EDBA Source Code or substantive parts thereof, which had been stolen from Computer Associates, as a template and inspiration for one or more key products or components of the Quest Central suite of products.  The Quest Central suite of products includes several software programs, including Database Administration (formerly referred to as "DBAide").  The Quest Central suite of products offers many of the same functional advantages of the EDBA products, namely providing database administration and management across open systems.

9.      On information and belief, Friel is currently domiciled in Illinois and within this judicial district. Further, Friel is an American citizen and a citizen of Illinois.

10.      On information and belief, Friel has been an employee of Quest and working primarily out of Quest's Warrenville, Illinois office since sometime prior to November, 1999. Immediately before joining Quest, Friel was an employee of Platinum/Computer Associates. While employed at Platinum/Computer Associates, Friel was a Product Manager with the team responsible for developing the EDBA Source Code, and he played an integral role in its development. After Computer Associates' acquisition of Platinum, Friel accepted Computer Associates' offer of continued employment, but thereafter failed to report to work.

11.      On information and belief, Jenson is currently domiciled in Illinois and within this judicial district. Further, Jenson is an American citizen and a citizen of Illinois.

12.      On information and belief, Jenson has been an employee of Quest and working primarily out of Quest's Warrenville, Illinois office sometime prior to November, 1999. Immediately before joining Quest, Jenson was an employee of Platinum, where her last title was Vice President of the Open Systems Database Administration Lab. She had significant responsibility for the development of, and the management of persons working on the development of, the EDBA Source Code, including modifications for its use with DB2 databases. After Computer Associates' acquisition of Platinum, Jenson refused Computer Associates' offer of continued employment.

13.      On information and belief, Mackowiak is currently domiciled in Illinois and within this judicial district. Further, Mackowiak is an American citizen and a citizen of Illinois.

14.    On information and belief, Mackowiak has been an employee of Quest and working primarily out of Quest's Warrenville, Illinois office sometime prior to November, 1999.  Immediately before joining Quest, Mackowiak was an employee of Platinum/Computer Associates.  At Platinum, Mackowiak was a "Staff Product Developer," and played an integral role in the development of the EDBA Source Code, including development of the "analysis engine" within the EDBA Source Code.  After Computer Associates' acquisition of Platinum, Mackowiak accepted Computer Associates' offer of continued employment, but thereafter failed to report to work.

15.    On information and belief, Wahlgren is currently domiciled in Illinois and within this judicial district.  Further, Wahlgren is an American citizen and a citizen of Illinois.

16.    On information and belief, Wahlgren has been an employee of Quest and working primarily out of Quest's Warrenville, Illinois office sometime prior to November, 1999.  Immediately before joining Quest, Wahlgren was an employee of Platinum/Computer Associates.  At Platinum, Wahlgren was a "Staff Product Developer," and played an integral role in the development of the EDBA Source Code.

## JURISDICTION

17.    Pursuant to 28 U.S.C. §§ 1331 and 1338(a), this Court has original jurisdiction over Computer Associates' claim for copyright infringement, which is brought pursuant to the federal Copyright Act.  Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Computer Associates' claim for trade secret misappropriation, which is brought pursuant to the Illinois Trade Secret Act, because that claim forms part of the same case or controversy as the copyright infringement claim under Article III of the United States Constitution.

18.     Additionally, a separate basis for jurisdiction exists pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds $75,000.00, exclusive of interest and costs, and is among citizens of different States.

## VENUE

19.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because all Defendants reside or may be found in this judicial district, and/or because a substantial part of the events or omissions giving rise to the claims stated occurred in this judicial district.

20.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) because all Defendants reside or may be found in this judicial district, a substantial part of the events or omissions giving rise to the claims stated occurred in this judicial district, and/or all Defendants are subject to personal jurisdiction in this judicial district.

21.     Venue is also proper in this judicial district pursuant to 28 U.S.C. § 1400(a) because a cause of action arises under the copyright laws, and the Defendants reside in this judicial district.

## GENERAL ALLEGATIONS

### *Industry Terms*

22.     There are two major types of operating system environments for computers, the "IBM mainframe" environment and the "open" (a/k/a "distributed") systems environment. The "open systems" environment includes "client" (or individual workstation) computers and "server" (or centralized and shared) computers.  A system of multiple clients and servers linked together is called an "enterprise."

23. Most large computers today manage information or data with special computer programs called "database management systems" that store information in databases and later retrieve the information from the databases. The information stored in any given database can be shared among multiple computers, including "client" computers and "server" computers.

24. Software for both environments is written to recognize and use a particular industry-standardized information retrieval language called "Structured Query Language" (or "SQL") when the software requests information from a database management system.

25. Many different types of database management system software exists, and they are commonly referred to either by their respective manufacturer's name (*e.g.*, "Oracle" software, "Sybase" software, and "Informix" software); or by product name (*e.g.*, such as IBM's "DB2" software).

26. Computer software programs are initially written in a "source code," which is a symbolic language, often using English words and common mathematical symbols, that humans can read. The source code is essentially a set of instructions or commands for a computer that are structured to produce a desired function. The source code is organized into "routines" and "subroutines," which are grouped into related set. Each set of related routines and subroutines is separately stored in its own file. A "program" is one or more files containing related routines and subroutines. "Software" is one or more programs.

### Database Administration or "DBA" Products

27. A company may have multiple databases stored and accessible within its enterprise. Managing multiple databases over an enterprise system is often a difficult task for the people known as data base administrators ("DBAs"), who manage such databases. For example, difficulties may arise when the DBA wishes to restructure a database in a way that

the particular database management program cannot do in a simple manner. These difficulties require the DBA to spend significant time manually changing the databases. This is not only a time-consuming task, but is also prone to error, given that the DBA may have to unload all of the information stored in a given database, make the desired changes by dropping and rebuilding the database and all associated dependencies, and then reload the information manually back into the database.

28.   Special DBA software products have been developed to assist DBAs with managing their databases. These software products are designed to automate many of the tasks of the DBA and generally to assist the DBA with administering, reconfiguring, diagnosing, trouble-shooting, fine tuning, and space managing (providing space for growth) a given database management system. They also provide data manipulation features that may have been omitted, or poorly designed, in the database management program itself.

29.   These DBA software products are valuable in that they reduce the risks of error in database administration, thereby averting erroneous system operations that are often caused by database errors. They also allow the DBA to perform his or her job more effectively and efficiently.

*Platinum's Development Of Enterprise Database Administration ("EDBA") For Use With Oracle Products*

30.   The EDBA Source Code is the result of several years of hard work and expenditure of significant resources. At least as early as 1991, Platinum began working on source code that would form the foundation for the EDBA Source Code. The initial work in 1991 related to Platinum's desktop database management software. The EDBA Source Code was a further extension and development of Platinum's work with that desktop database

-8-

management software. The EDBA Source Code was designed to work with a variety of types of databases (such as DB2 for OS/390, Informix, SQL Server, Oracle, and Sybase) in "open" or "distributed" environments. During a significant part of the development time, the Platinum development team included Jenson, Friel, Wahlgren, and Mackowiak. Jenson became head of that team in approximately August, 1998.

31. Platinum's goal in developing EDBA was to provide its customers with a DBA software product that would be capable of running in an open (or distributed) system environment.

32. On information and belief, prior to Platinum's development of the EDBA Source Code, no one had successfully developed and marketed a DBA software product with a separate "agent" program to run on servers or that has the other functional advantages of the EDBA Source Code.

33. After years of devoting substantial time, resources, and effort to its development efforts, Platinum released its first version of EDBA in 1996. The initial release of EDBA was designed specifically to be used with Sybase and Oracle database management systems. Thereafter, Platinum released additional versions of EDBA designed specifically to be used with Informix SQL database management systems. Initially, Platinum did not develop an EDBA product for IBM's DB2 database management systems, which at that time were not as widely used as Oracle and the others in the open systems environment.

34. The EDBA Source Code is very valuable, and constitutes confidential and proprietary information of Platinum/Computer Associates.

35.     The EDBA Source Code is organized into several different routines and subroutines.   Key components of the EDBA Source Code include the "user interface," "analysis engine," "script processor," and the "parser," among others.

36.     The EDBA user interface, which is contained within the client program, presents information to the user and accepts requests from the user which it transforms into internal data structures which are passed on to the analysis engine.

37.     The analysis engine, normally contained within the agent programs running on the servers, performs the function of analyzing any user request for manipulation of the information in a selected database component and produces additional steps that are necessary to maintain the integrity of the information being manipulated.   The additional steps are produced from "inventory edits" (described below).   These steps are then translated (by a DDL routine) into "data definition language" (or DDL) which is a subset of SQL.   The inventory edits are designed to detect where manipulation of one part of a database requires manipulation of other parts as well to maintain the integrity of the information, and it also generates the instructions for performing these additional tasks.

38.     The script processor takes the results produced by the analysis engine, as augmented by the inventory edits, and sends them to the target database management system which carries out the requested manipulations of information.

39.     The EDBA parser performs the function of parsing SQL commands and translating the commands into a data structure that the other program components can comprehend.

40. The EDBA Source Code, including the manner and way in which it was organized to form various functions, including the user interface, analysis engine, script processing, and parser functions, is confidential and constitutes a trade secret of Platinum/Computer Associates. Moreover, the particular information embedded within the EDBA Source Code, including particularized information and code specific to certain databases such as DB2, is confidential and constitutes a valuable trade secret of Platinum/Computer Associates.

### *Platinum's Development Of EDBA For Use With DB2 Products*

41. After Platinum's 1996 release of EDBA, IBM developed and marketed a new version of its DB2 product for use in the open system environment. IBM's new version of DB2 proved to be successful in the marketplace and popular with users, particularly those also using the mainframe version of DB2.

42. Recognizing the need for a database administration software tool that would be compatible with the popular IBM DB2 product, Platinum began working to modify the EDBA Source Code to be DB2 compatible.

43. By April 1999, Platinum's EDBA team had developed a working prototype of a DB2-compatible EDBA product.

44. The modifications that Platinum had made to the EDBA Source Code to make it DB2-compatible are confidential and constitute valuable trade secrets of Platinum/Computer Associates. Platinum never revealed any version of the EDBA Source Code, or any of its modifications (including those to make it DB2 compatible), to the public.

### The Platinum EDBA Development Team

45. As of August, 1998, Platinum's EDBA development team was led by Jenson. Jenson's role was to oversee all aspects of product development and engineering, as well as work with Platinum's marketing department and Platinum's customers to produce a software product that was responsive to the market's needs. In addition, Jenson was responsible for developing, conducting, and providing technical assistance on DB2 and product presentations for user groups and tools fairs. Jenson was also responsible for remaining abreast of all Platinum and competitive product releases, particularly DB2 products.

46. Friel, Wahlgren, and Mackowiak reported to Jenson. Friel was a Product Manager for the EDBA team, and he was responsible for managing the development of the EDBA product. Wahlgren and Mackowiak, both Staff Product Developers, were responsible for developing and writing the source code necessary to create EDBA; they also reported to Friel.

47. Friel wrote key components of the EDBA Source Code, including components relating to global changes, analysis of database objects, recovery of data, strategy options, and the graphical user interface ("GUI"). Wahlgren also wrote key aspects of the EDBA Source Code, including the development of the "compare" aspects of the EDBA Source Code.

48. Jenson, Friel, Wahlgren, and Mackowiak each had intimate knowledge of the EDBA Source Code, including the confidential information and trade secrets associated with the development of the EDBA Source Code. Moreover, Jenson, Friel, Wahlgren, and Mackowiak each had access to the EDBA Source Code, including the ability to download the code directly to their PCs.

*Exodus Of The Platinum EDBA Development Team To Quest*

49.   Computer Associates acquired Platinum in 1999.

50.   At sometime prior to November, 1999, Quest, a California corporation, filed an application for permission to do business in Illinois with the Illinois Secretary of State. At about that same time, Quest opened its offices at 4320 Winfield Road in Warrenville, Illinois, approximately 11 miles from Platinum's offices in Oakbrook Terrace.

51.   In 1999, Jenson was offered a position with Computer Associates, but declined the offer.

52.   Friel and Mackowiak also were offered positions with Computer Associates in 1999. Both accepted the offer, but neither reported to work thereafter.

53.   Wahlgren was not offered a position with Computer Associates. Her employment was terminated in 1999.

54.   Very shortly after terminating their employment with Platinum/Computer Associates, and sometime prior to November, 1999, Jenson, Friel, Wahlgren, and Mackowiak each went to work for Quest. On information and belief, Jenson, Friel, Wahlgren, and Mackowiak each were involved in Quest's development and/or marketing of the Quest Central suite of database administration software products. The Quest Central suite of products includes several software programs including the Database Administration/DBAide program.

55.   After the departure of Jenson, Friel, Wahlgren, and Mackowiak, Platinum/Computer Associates' EDBA development was stalled — particularly Computer Associates' ability to bring a DB-2 compatible EDBA product from its prototype stage to market.

### *Platinum's Efforts To Maintain Confidentiality Of The EDBA Source Code*

56.     It was Platinum's custom and practice to require that all employees learn and abide by the procedures set forth in Platinum's Employee Handbook.  A Platinum Employee Handbook in force in the 1994-1995 timeframe and thereafter, which is attached hereto as Exhibit 2 and incorporated herein by reference, provided as follows with respect to "Confidentiality And Security":

> Confidentiality — All communications — both written and oral, inside and outside the work place — that relate to our confidential and proprietary information must be treated with absolute confidentiality.  Some examples are ... technical data ...
>
> Procedures — Be careful when undertaking sensitive product or business-related discussions. ....
>
> Don't show confidential information to outsiders — unless they have a true "need to know," and your manager has approved it.
>
> * * *
>
> Don't ever baggage-check confidential information when you are flying somewhere.  You must hand-carry it on board.
>
> Remember to lock file cabinets containing confidential materials before you leave your office for the day.
>
> All visitors to our facilities must be accompanied by an employee.  If you see someone who is unescorted, ask that person . . . if you can direct him or her to a specific employee.  Or escort the visitor to the reception area for further assistance.

(*See* Exhibit 2, 1994-1995 Platinum Employee Handbook at 70).  The 1994-95 Handbook provides that failure to observe these procedures may result in "immediate discharge." (*Id.*).

57.     The 1994-95 Handbook also provides that the following actions, among others, constitute "breaches of standards of conduct":   "unauthorized possession of company, customer or employee property"; "dishonesty, fraud, theft, or sabotage against the company or

its employees"; "unauthorized use of the material, time, equipment or property of the company"; "abuse or negligence of our security or confidential materials"; "revealing any confidential information to any person who isn't authorized to receive it." (*See* Exhibit 2 at 57-58).

58.     A 1999 Platinum Employee Handbook, which was in force when the Defendants Jenson, Friel, Wahlgren, and Mackowiak left Platinum, contained provisions identical to those in the 1994-95 Handbook. (*See* Exhibit 3 at 69-70, 82). The Computer Associates Employee Handbook in force from 1998-2001 also contained similar provisions regarding the safeguard and protection of the company's confidential and proprietary information. (*See* Exhibit 4).

59.     Specific confidentiality measures were required of the EDBA team because of their access to the EDBA Source Code. All versions of, and modifications to, the EDBA Source Code were stored on password-protected servers. Only select employees, including those on the EDBA team, had access to the password-protected servers.

60.     After Computer Associates' acquisition of Platinum was announced, additional measures were taken to ensure the confidentiality of Platinum's valuable source code. For example, on May 15, 1999 (and while Jenson, Friel, Wahlgren, and Mackowiak were still working for Platinum), Paul Humenansky, COO of Platinum, distributed the email attached hereto as Exhibit 5 to all software developers. The notice provided:

> This notice is intended to serve as a reminder to all PLATINUM employees, that all intellectual property of the company, including but not limited to *source code*, is owned exclusively by the company, regardless of whether or not you have signed a specific confidentiality agreement. Specifically, the company's rights in computer software (including source code) are protected by copyright and trade secret law, and in some cases, patent law. Your access to intellectual property of the company was granted

> solely for the purpose of your performing your job, and any other use either during or subsequent to your employment by the company will constitute a violation of copyright and trade secret law. The consequences for such violations may result in both civil and criminal liability. We fully expect that our employees have acted, and will continue to act, in compliance with all laws. Accordingly, we are providing this notice as a reminder of PLATINUM's rights and your obligations.

(*See* Exhibit 5) (emphasis added).

### *Theft Of The EBDA Source Code And The Ex-Platinum Team's Development Of Competing Quest Product*

61.     On information and belief, at least Defendant Jenson unlawfully removed a copy of the EDBA Source Code from Platinum without knowledge or authorization from Platinum/Computer Associates.

62.     In February, 2002, Computer Associates received a letter from an unidentified author bearing a return address at "Quest Software 4320 Winfield Road Warrenville, IL 60555" (referred to herein as the "February 2002 Letter"). A true and accurate copy of the February 2002 Letter and accompanying envelope is attached hereto as Exhibit 6 and is incorporated herein by reference.

63.     The February 2002 Letter specifically refers by name to Defendants Wahlgren, Mackowiak, Jenson, and Friel. The letter states that Quest had "copied source code from a Computer Associates product acquired through Platinum Technology, that product being Enterprise Database Administration." (*See* Exhibit 6). The February 2002 Letter also expressly refers to Quest's use of Computer Associates' EDBA Source Code to develop the Quest DBAide product: "In November of 1999, Betsy Walhgren [sic] gave each group member a CD that contained all the source code for Enterprise Database Administration. They were told that their project (DBAide) was running behind and were told to use the source code

where necessary to help them meet their dates."

64. The February 2002 Letter also states that Mackowiak and Friel were "over heard [sic] making a statement that the 'PARSER' (another component of Quest's products) was copied from Enterprise Database Administration code." (*See* Exhibit 6).

65. The February 2002 Letter further states that Mackowiak "was over heard [sic] making comments that he was one of the people who helped design the 'Analysis Engine' for Enterprise Database Administration at Platinum and that they were using the same 'Analysis Engine' at Quest." (*See* Exhibit 6).

66. On information and belief, at least Defendant Wahlgren distributed the wrongfully obtained copy of the EDBA Source Code to other employees of Quest, including but not limited to Defendants Jenson, Friel, and Mackowiak, to assist Quest employees in their development of the Quest Central suite of products, namely the Database Administration/DBAide software program.

67. On information and belief, Quest benefited from, and continues to benefit from, its improper use of Computer Associates' EDBA Source Code in several respects: (a) Quest copied substantive portions of the EDBA Source Code to use as a template and inspiration for the development of Quest's DBAide software and related products; (b) Quest improperly used proprietary information embedded within the EDBA Source Code, including information specific to the DB2 database in order to create the Quest DBAide software and related products; and (c) Quest improperly used the EDBA Source Code to jumpstart its development of Quest's DBAide software and related products.

68. A more detailed and substantive comparison of the EDBA Source Code to the

source code used to create the Quest Database Administration/DBAide software (and related products) would, on information and belief, demonstrate that unlawful copying and use of the EDBA Source Code occurred. However, a preliminary comparison of Quest's Database Administration/DBAide software to Computer Associates' EDBA Source Code demonstrates Quest's unlawful copying and use of Computer Associates' copyrights and trade secrets. By way of example only, the Quest Database Administration/DBAide product has the following substantial similarities to the EDBA Source Code:

- User Interface: Uses similar "dependency tree" items, or ways in which one database object may refer to and/or depend upon another.

- Analysis Engine: Uses similar inventory edit functions to expand out command sequences to ensure that the information in a database is maintained in an internally consistent manner, such that cross-references between separate data objects are respected.

- Script Processor: Uses similar prefix characters and non-SQL script commands. Uses certain script processing programs that respond to errors in a command string in the same way.

- Parser: Uses the same two dynamic link libraries ("DLL") having the same file names. Uses the same "FLEX/Bison" core parser code.

69.    In April, 2000, Quest filed an intent-to-use trademark application for "DBAide" for "computer software, namely for the purpose of object management within a relational database." This indicates that Quest had completed or was nearly complete in its DB2 product design as of April 2000. This trademark application was later abandoned.

70.    Quest released its Database Administration/DBAide product shortly thereafter. Given the time, resources, and effort necessary to develop the EDBA Source Code and to enable it for use with the DB2 database, Quest could not have developed a competing product so quickly absent using the EDBA Source Code.

### Notice Of Misappropriation/Infringement To
### Quest And Subsequent Spoliation Of Evidence

71.     On several occasions in 2000, Computer Associates sent letters to Quest stating that Quest had misappropriated trade secrets and that former employees had improperly stolen and removed the EDBA Source Code. Each time, Quest replied that it was "unaware of any facts" supporting Computer Associates' claims.

72.     As a result of Quest's previous denials, Computer Associates accepted Quest Software's assurances that its concerns were unfounded. However, by March, 2002, Computer Associates had received the February 2002 Letter revealing that the EDBA Source Code had been misappropriated and copied by Quest.

73.     On information and belief, since the time Computer Associates initially communicated with Quest about the EDBA Source Code, one or more of the Defendants may have destroyed some of the information relating to the EDBA Source Code that was originally unlawfully copied. For example, the February 2002 Letter states that:

> Sometime in the spring of 2000 after Quest received a letter from CA stating that they had received information from a former employee that their code was being used in Quest's products, Betsy Walhgren [sic] went around to each group member and was asking for the Enterprise Database Administration source code CD back because she was told by Deb Jensen [sic] to get rid of it. It was also over heard [sic] that code and email backup's were going to be destroyed. And they are still copying code to date.

(*See* Exhibit 6). The text of this letter is consistent with the timing of Computer Associates' notice of misappropriation letters sent to Quest.

### COUNT I
### (Copyright Infringement)

74.     Computer Associates hereby incorporates Paragraphs 1 through 73 of the

Complaint as though set forth fully herein.

75.     The EDBA Source Code is a "computer program" within the meaning of 17

U.S.C. § 101, and constitutes copyrightable subject matter within the meaning of 17 U.S.C. §

102.

76.     Computer Associates has secured the exclusive rights and privileges in and to

the copyright for the EDBA Source Code and related software products by filing registrations

for this software with the United States Copyright Office, as evidenced by the Certificates of

Copyright Registration Nos. TXu 1-028-946, TX 5-524-580, TX 5-524-583, TX 5-524-582,

and TX 5-524-581 (effective date June 20, 2002) from the Register of Copyrights in the United

States Copyright Office.   A copy of these Certificates of Copyright Registration is attached

hereto as Exhibit 1 and incorporated herein by reference.

77.     Computer Associates has complied with all federal laws governing copyrights,

including the Copyright Act of 1976, and Computer Associates is currently the owner of all

rights, title, and interests in and to the copyright for the EDBA Source Code.

78.     The Standard Platinum License Agreement for software containing proprietary

source code recited in pertinent part:

> Customer will not (a) permit any other person to use the Products
> directly or indirectly, whether on a time sharing job entry or
> service bureau arrangement or (b) install the Software or
> Enhancements on a network or other multi-user computer system
> unless otherwise specified in the Product Schedule.  Customer
> may make a reasonable number of backup or archival copies of
> the Software and Enhancements.  Customer will reproduce all
> confidentiality and proprietary notices on each of these copies and
> maintain an accurate record of the location of each of these
> copies.  Customer will not otherwise copy, translate, modify,
> adapt, decompile, disassemble or reverse engineer the object code
> version of the Products, except as and to the extent expressly

authorized by applicable law.

\* \* \*

(a) <u>Confidentiality</u>. Customer acknowledges that the Products constitute and incorporate confidential and proprietary information developed or acquired by or licensed to Platinum. Customer will take all reasonable precautions necessary to safeguard the confidentiality of the Products, including at a minimum those taken by Customer to protect Customer's own confidential information. Customer will not allow the removal or defacement of any confidentiality or proprietary notice placed on the Products. The placement of copyright notices on these items will not constitute publication or otherwise impair their confidential nature.

79. Upon information and belief, and within three years prior to the filing of this action, Defendants gained access, through unauthorized means, to the EDBA Source Code. Also within three years prior to the filing of this action, the Defendants engaged in a continuing course of wrongful conduct to violate Computer Associates' valuable copyright rights. The Defendants' wrongful actions over the last three years also constituted separate acts of copyright infringement.

80. As part of a continuous wrong and course of conduct, the Defendants unlawfully used and copied the EDBA Source Code in the development and creation of the Quest Central DBA products. Moreover, Defendants improperly used the EDBA Source Code and the proprietary information embedded in such code as a template and inspiration for, and to jumpstart, Quest's development of its DBAide and related products.

81. Due to Defendants' unlawful use and copying of the EDBA Source Code, Quest's DBAide product, or substantial parts of it, is a derivative work of Computer Associates' EDBA Source Code.

82. The Defendants' unauthorized use of the EDBA Source Code constitutes direct

-21-

violations of the exclusive rights conferred on Computer Associates and, therefore, constitutes infringement of Computer Associates' copyright interests in the EDBA Source Code pursuant to 17 U.S.C. § 501(a).

83.     Upon information and belief, each of the Defendants knowingly and willfully disregarded and infringed upon Platinum's and Computer Associates' copyright interests in the EDBA Source Code.

84.     Upon information and belief, Quest earned and is continuing to earn profits from its unauthorized use of the EDBA Source Code in amounts that remain to be determined.

85.     Computer Associates is entitled to recover profits resulting from Quest's unauthorized use of the EDBA Source Code pursuant to 17 U.S.C. § 504(b).

86.     The Defendants' illegal activities have inflicted actual damages on Computer Associates in amounts that remain to be determined and which amounts Computer Associates is entitled to recover pursuant to 17 U.S.C. § 504(b).

87.     Additionally, Computer Associates is entitled to recover costs, including reasonable attorneys' fees, that it has incurred as a result of the Defendants' willful infringement of Computer Associates' copyright interests pursuant to 17 U.S.C. § 505.

### COUNT II
### (Misappropriation of Trade Secrets)

88.     Computer Associates hereby incorporates Paragraphs 1 through 87 as though fully set forth herein.

89.     All versions of the EDBA Source Code, including the method and manner in which the source code was organized into routines, subroutines and files, constitute a "trade secret" within the meaning of the Illinois Trade Secrets Act, 765 I.L.C.S. § 1065/2(d)(1).

90.     The EDBA Source Code was and is of great commercial value to Platinum and Computer Associates. The EDBA Source Code was developed over time, and was the result of considerable effort and expense.

91.     Platinum and Computer Associates took efforts that were reasonable under the circumstances to maintain the confidentiality of the EDBA Source Code.

92.     Moreover, Defendants improperly used the EDBA Source Code and the proprietary information embedded in such code as a template and inspiration for and to jumpstart Quest's development of its DBAide and related products.

93.     Upon information and belief, the Defendants "misappropriated" the EDBA Source Code, within the meaning of the Illinois Trade Secrets Act, 765 I.L.C.S § 1065/2(b). Upon information and belief, such misappropriation included, but was not limited to, acquiring copies of the EDBA Source Code by improper means, disclosing and using the EDBA Source Code without express or implied permission of Platinum or Computer Associates and for an improper purpose in order to create and develop Quest products. Moreover, Defendants improperly used the EDBA Source Code and the proprietary information embedded in such code as a template and inspiration for, and to jumpstart, Quest's development of its DBAide and related products.

94.     Defendants Jenson, Friel, Mackowiak, and Wahlgren had a duty, as employees and former employees of Platinum/Computer Associates having access to the EDBA Source Code, to maintain the secrecy of such code and limit its use for Platinum's and Computer Associates' intended purposes only.

95.     As a result of Defendants' wrongful misappropriation of the EDBA Source

Code, Computer Associates has suffered damages, including actual loss caused by the misappropriation and the amount by which Quest and the other Defendants were unjustly enriched by their wrongful actions.

96.    Upon information and belief, each of the Defendants knowingly and willfully disregarded and infringed upon Platinum and Computer Associates' proprietary and trade secret interests in the EDBA Source Code, thereby entitling Computer Associates to enhanced damages and attorneys' fees pursuant to the Illinois Trade Secrets Act, 765 I.L.C.S §§ 1065/4(b) and 1065/5.

### COMBINED PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment as follows:

1.    An Order preliminarily and permanently restraining and enjoining the Defendants and their officers, agents, employees, and those in active concert with them from directly or indirectly infringing or inducing or contributing to infringement of Computer Associates' copyrights.

2.    An Order preliminarily and permanently restraining and enjoining the Defendants and their officers, agents, employees, and those in active concert with them from directly or indirectly disclosing to any person or using either directly or indirectly any confidential information, trade secrets, or proprietary information gained by the Defendants Jenson, Friel, Mackowiak, and Wahlgren while they were employed by Platinum or Computer Associates.

3.    An Order calling for the destruction of all unauthorized copies of any of the programs within the Quest Central suite of DBA products that infringe Computer Associates' copyrights, or which contain Computer Associates' trade secrets.

4.      An Order compelling Defendants to deliver to Computer Associates all documents, files, records, correspondence, computer disks, notes, or other papers (including copies) relating to the EDBA Source Code and to purge any computer memories or other electronic files or data compilations of all memory relating to the business of Computer Associates.

5.      An accounting of all profits received by Defendants from the sale of any of the programs within the Quest Central suite of DBA products that infringe Computer Associates' copyrights, or which contain Computer Associates' trade secrets.

6.      An Award of damages and such other relief to Computer Associates from the Defendants as the Court deems appropriate and just, including actual damages sustained by Plaintiff on account of Defendants' acts, the Defendants' profits, enhanced damages, attorneys' fees, costs, and interest.

## JURY DEMAND

Plaintiff, Computer Associates International, Inc., demands a trial by jury as to all claims alleged.

COMPUTER ASSOCIATES INTERNATIONAL, INC.

By: _____
One of its Attorneys

John F. Zabriskie (6187887)
Jeanne M. Gills (6225018)
Therese C. King (6272539)
FOLEY & LARDNER
One IBM Plaza
330 North Wabash Avenue
Suite 3300
Chicago, Illinois 60611
(312) 755-1900
(312) 755-1925 (Fax)

# EXHIBITS
# ATTACHED
# BY #'S

1

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

R'

**TXu 1-028-946**

EFFECTIVE DATE OF REGISTRATION

June 20, 2002

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Desktop DBA and Enterprise DBA (1999)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Desktop/Enterprise DBA

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
Platinum technology International, inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶          Day ▶          Year ▶          ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Computer Associates acquired Platinum in 1999, and the work was assigned.

APPLICATION RECEIVED
JUN 20 2002
ONE DEPOSIT RECEIVED
JUN 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

**EXHIBIT**

1

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶         Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Desktop DBA 4.3 and Enterprise Database Administration 3.1.0.

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised and modified program code.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Norm J. Rich / FOLEY & LARDNER        Attorney Ref. No. 424259-0021h
3000 "K" Street, N.W., Suite 500
Washington, D.C. 20007-5143

**b**

Area code and daytime telephone number ▶ (202) 945-6100              Fax number ▶ (202) 672-5399
Email ▶    nrich@foleylaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        ☐ author
Check only one ▶      ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Computer Associates International, Inc.
by me in this application are correct to the best of my knowledge.
                                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Norm J. Rich
                                                            Date ▶ June 20, 2002

☞  Handwritten signature (X) ▼
X _ _ _ _ _ _ _ _ _ _ _ _ _ _

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Norm J. Rich / FOLEY & LARDNER

Number/Street/Apt ▼
3000 "K" Street, N.W., Suite 500

City/State/ZIP ▼
Washington, D.C. 20007-5143

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999                    ⟳ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGI

TX 5-524-580



EFFECTIVE DATE OF REGISTRATION

June 20 2002
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Desktop DBA 4.3

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Desktop/Enterprise DBA

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Platinum technology International, inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January    Day ▶ 27    Year ▶ 1999
U.S.A. ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Computer Associates acquired Platinum in 1999, and the work was assigned.

APPLICATION RECEIVED
JUN 20 2002
ONE DEPOSIT RECEIVED
JUN 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

*(DO NOT WRITE HERE / DO NOT WRITE HERE)*

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Added by C.O. authority telephone
conversation with Norm Rich on 6/26/02.

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
\*Substantially new & revised program code & modified program code.

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Norm J. Rich / FOLEY & LARDNER   Attorney Ref. No. 424259-0021g
3000 "K" Street, N.W., Suite 500
Washington, D.C.  20007-5143

**b**

Area code and daytime telephone number ▶ (202) 945-6100         Fax number ▶ (202) 672-5399
Email ▶  nrich@foleylaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Computer Associates International, Inc.

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Norm J. Rich                                                      Date ▶ June 20, 2002

Handwritten signature (X) ▼
X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Norm J. Rich / FOLEY & LARDNER

Number/Street/Apt ▼
3000 "K" Street, N.W., Suite 500

City/State/ZIP ▼
Washington, D.C.  20007-5143

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999          ☼ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE ____

**TX 5-524-583**

EFFECTIVE DATE OF REGISTRATION

June 20 2002
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
Enterprise Database Administration 3.1.0

PREVIOUS OR ALTERNATIVE TITLES ▼
Desktop/Enterprise DBA

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a** NAME OF AUTHOR ▼
Platinum technology International, inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ U.S.A.
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ December    Day ▶ 1    Year ▶ 1998
U.S.A. ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Computer Associates acquired Platinum in 1999, and the work was assigned.

APPLICATION RECEIVED
JUL 12 2002
ONE DEPOSIT RECEIVED
JUN 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | JM | FORM TX |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a** **6**

Enterprise Database Administration 3.0

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  New and revised and modified program code.

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                              Account Number ▼

**a** **7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Norm J. Rich / FOLEY & LARDNER          Attorney Ref. No. 424259-0021d
3000 "K" Street, N.W., Suite 500
Washington, D.C.  20007-5143

**b**

Area code and daytime telephone number ▶ (202) 945-6100          Fax number ▶ (202) 672-5399
Email ▶  nrich@foleylaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
                                        Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Computer Associates International, Inc.

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Norm J. Rich                                                Date ▶ June 20, 2002

Handwritten signature (X) ▼
X _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| Certificate will be mailed in window envelope to this address: | Name ▼ Norm J. Rich / FOLEY & LARDNER | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 **9** |
|---|---|---|
| | Number/Street/Apt ▼ 3000 "K" Street, N.W., Suite 500 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/ZIP ▼ Washington, D.C.  20007-5143 | MAIL TO Library of Congress Copyright Office 101 Independence Avenue, S.E. Washington, D.C. 20559-6000 |

As of July 1, 1999, the filing fee for Form TX is $30.

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999          ⊕ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
RE

**TX 5-524-582**

EFFECTIVE DATE OF REGISTRATION

June 20 2002

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS WORK ▼**
Enterprise Database Administration 3.0

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Desktop/Enterprise DBA

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

# 2

**a** **NAME OF AUTHOR ▼**
Platinum technology International, inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

# 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given    ▼Year in all cases.
1998

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**  Complete this information Month ▶ May  Day▶ 1  Year▶ 1998
ONLY if this work has been published.                    U.S.A.                    ◀ Nation

# 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Computer Associates acquired Platinum in 1999, and the work was assigned.

APPLICATION RECEIVED
JUN 20 2002
ONE DEPOSIT RECEIVED
JUN 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Enterprise Database Administration 2.2.0

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
New and revised and modified program code.

**a**

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Norm J. Rich / FOLEY & LARDNER    Attorney Ref. No. 424259-0021e
3000 "K" Street, N.W., Suite 500
Washington, D.C. 20007-5143

**b**

Area code and daytime telephone number ▶ (202) 945-6100    Fax number ▶ (202) 672-5399
Email ▶ nrich@foleylaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Computer Associates International, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Norm J. Rich                    Date ▶ June 20, 2002
☞ Handwritten signature (X) ▼
X

**Certificate will be mailed in window envelope to this address:**
Name ▼ Norm J. Rich / FOLEY & LARDNER
Number/Street/Apt ▼ 3000 "K" Street, N.W., Suite 500
City/State/ZIP ▼ Washington, D.C. 20007-5143

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



## FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REC

**TX 5-524-581**

EFFECTIVE DATE OF REGISTRATION

June 20 2002

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
Enterprise Database Administration 2.2.0

PREVIOUS OR ALTERNATIVE TITLES ▼
Desktop/Enterprise DBA

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼ ____ Number ▼ ____    Issue Date ▼ ____ On Pages ▼ ____

**2**

**a**
NAME OF AUTHOR ▼
Platinum technology International, inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given
1997 ◀ Year in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information  Month ▶ December  Day ▶ 31  Year ▶ 1997
ONLY if this work has been published.    U.S.A.    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Computer Associates International, Inc.
One Computer Associates Plaza
Islandia, New York 11749

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Computer Associates acquired Platinum in 1999, and the work was assigned.

APPLICATION RECEIVED
JUN 20 2002
ONE DEPOSIT RECEIVED
JUN 20 2002
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\*Added by C.O. authority telephone
conversation with Norm Rich on 6/26/02.

| | |
|---|---|
| EXAMINED BY | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    **5**
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶               Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**                                              **a  6**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1.0
                                                                        *See instructions
                                                                        before completing
                                                                        this space.*

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    **b**

\*New revised code and modified program code

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.    **a  7**
Name ▼                                                   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼    **b**
Norm J. Rich / FOLEY & LARDNER         Attorney Ref. No. 424259-0021f
3000 "K" Street, N.W., Suite 500
Washington, D.C. 20007-5143

Area code and daytime telephone number ▶ (202) 945-6100        Fax number ▶ (202) 672-5399
Email ▶   nrich@foleylaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the     **8**
                                       ☐ author
                Check only one ▶       ☐ other copyright claimant
                                       ☐ owner of exclusive right(s)
                                       ☑ authorized agent of Computer Associates International, Inc.
of the work identified in this application and that the statements made     Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Norm J. Rich
                                                          Date ▶ June 20, 2002
        Handwritten signature (X) ▼
☞  X _____

| | |
|---|---|
| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Norm J. Rich / FOLEY & LARDNER | **9** |
| | Number/Street/Apt ▼<br>3000 "K" Street, N.W., Suite 500 | YOU MUST<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE: |
| | City/State/ZIP ▼<br>Washington, D.C. 20007-5143 | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material<br>MAIL TO<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1993—200,000
WEB REV: June 1999        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

2

# PLATINUM
# EMPLOYEE
# HANDBOOK

**EXHIBIT**

tabbies'

2

*The rare Giant Panda often weighs more than 300 pounds and can reach a height of 5 feet. The Giant Panda first became known to Europeans in 1869 and the first to reach the west was exhibited at Brookfield Zoo in Illinois in 1937. The Chinese government has placed the Giant Panda under strict protection with fewer than 1,000 of them left living in Central China.*

## STANDARDS OF CONDUCT

We know that for the most part our folks are good eggs, great teammates, and for the most part not even capable of considering such shenanigans as listed below.

However, every once in awhile, perhaps when the moon is not in line with Jupiter, or because of the human mind's seemingly inexhaustible capacity for mischief and boneheadedness, things get out of alignment. The following list can only provide a pale representation of all the stuff that could result in corrective action. Other harmful, irresponsible, or just plain asinine behaviors not specifically listed below may, at our discretion, also result in corrective action, up to, and including discharge.

Be aware that establishing these standards of conduct does not alter the employment-at-will relationship between you and us.

### BREACHES OF STANDARDS OF CONDUCT *(Partial List)*

- Falsifying employment application, time sheet, expense report, personnel or other documents, or records of the company.

- Unauthorized possession of company, customer, or employee property.

- Possession, distribution, or use of weapons or explosives, or violating criminal laws on the premises of the company or a customer.

- Fighting and/or other disorderly conduct.

- Dishonesty, fraud, theft, or sabotage against the company or its employees.

- Threatening, intimidating, coercing, using abusive or vulgar language, or interfering with the performance of other employees of the company or employees of a customer.

- Insubordination or failure to perform reasonable duties which are assigned.

- Unauthorized use of material, time, equipment, or property of the company, or of a customer.

- Damaging or destroying our or our customer's property through careless or willful acts.

- Conduct that the company feels reflects adversely on you or us.

- Performance that does not meet our requirements for the position.

- Negligence in observing fire prevention and safety rules.

- Abuse or negligence of our security or confidential materials.

- Installing unauthorized or illegal copies of software on a company-owned computer.

- Revealing any confidential information to any person who isn't authorized to receive it, and who does not need to know it.

- Repeated tardiness or absence; failure to report for work without a satisfactory reason; abuse of leave privileges.

- Unauthorized possession, use, purchase, transfer, or sale of alcoholic beverages, controlled substances, or illegal drugs during working hours, on company premises, or worksites, or otherwise while representing the company, or reporting to work under the influence of alcohol, controlled substances (except as medically prescribed), or illegal drugs.

Engaging in such other practices as the company determines may be inconsistent with the ordinary and reasonable rules of conduct necessary to the welfare of the company, its employees, or customers.

## CONFIDENTIALITY AND SECURITY

This applies to all employees (both on and off the company's premises) and visitors.

**Confidentiality** — All communications — both written and oral, inside and outside of the work place — that relate to our confidential and proprietary information must be treated with absolute confidentiality. Some examples of such information are: products, pricing schedules, financial data, lists of active or potential customers, technical data, and the proprietary information of its current or former customers.

**Procedures** — Be careful when undertaking sensitive product or business-related discussions. Don't have a discussion on sensitive matters in public places, including: elevators, restaurants, trains, buses, airplanes, airports, hotels, building lobbies, etc.

Don't show confidential product information and materials to outsiders — unless they have a true "need-to-know", and your manager has approved it.

Be sure to ensure privacy when faxing, messengering, or shipping materials or information. (See the *Electronic Security* section for further information.)

Don't ever baggage-check confidential materials when you are flying somewhere. You must hand-carry it on board.

Remember to lock file cabinets containing confidential materials before you leave your office for the day.

All visitors to our facilities must be accompanied by an employee. If you see someone who is unescorted, ask that person (pleasantly, please) if you can direct him or her to a specific employee. Or escort the visitor to the reception area for further assistance.

Failure to follow these rules will get you into serious trouble — including immediate discharge.

3

# PLATINUM EMPLOYEE HANDBOOK

**EXHIBIT**

3

*The rare Giant Panda often weighs more than 300 pounds and can reach a height of 5 feet. The Giant Panda first became known to Europeans in 1869 and the first to reach the west was exhibited at Brookfield Zoo in Illinois in 1937. The Chinese government has placed the Giant Panda under strict protection with fewer than 1,000 of them left living in Central China.*

## STANDARDS OF CONDUCT

We know that for the most part our folks are good eggs, great teammates, and for the most part not even capable of considering such shenanigans as listed below.

However, every once in awhile, perhaps when the moon is not in line with Jupiter, or because of the human mind's seemingly inexhaustible capacity for mischief and boneheadedness, things get out of alignment. The following list can only provide a pale representation of all the stuff that could result in corrective action. Other harmful, irresponsible, or just plain asinine behaviors not specifically listed below may, at our discretion, also result in corrective action, up to, and including discharge.

Be aware that establishing these standards of conduct does not alter the employment-at-will relationship between you and us.

### BREACHES OF STANDARDS OF CONDUCT *(Partial List)*

- Falsifying employment application, time sheet, expense report, personnel or other documents, or records of the company.

- Unauthorized possession of company, customer, or employee property.

- Possession, distribution, or use of weapons or explosives, or violating criminal laws on the premises of the company or a customer.

- Fighting and/or other disorderly conduct.

- Dishonesty, fraud, theft, or sabotage against the company or its employees.

- Threatening, intimidating, coercing, using abusive or vulgar language, or interfering with the performance of other employees of the company or a customer.

- Insubordination or failure to perform reasonable duties which are assigned.

- Unauthorized use of material, time, equipment, or property of the company, or of a customer.

- Damaging or destroying our or our customer's property through careless or willful acts.

- Conduct that the company feels reflects adversely on you or us.

- Performance that does not meet our requirements for the position.

- Negligence in observing fire prevention and safety rules.

- Abuse or negligence of our security or confidential materials.

- Installing unauthorized or illegal copies of software on a company-owned computer.

- Revealing any confidential information to any person who isn't authorized to receive it, and who does not need to know it.

- Repeated tardiness or absence; failure to report for work without a satisfactory reason; abuse of leave privileges.

- Unauthorized possession, use, purchase, transfer, or sale of alcoholic beverages, controlled substances, or illegal drugs during working hours, on company premises, or worksites, or otherwise while representing the company, or reporting to work under the influence of alcohol, controlled substances (except as medically prescribed), or illegal drugs.

Engaging in such other practices as the company determines may be inconsistent with the ordinary and reasonable rules of conduct necessary to the welfare of the company, its employees, or customers.

## CONFIDENTIALITY AND SECURITY

This applies to all employees (both on and off the company's premises) and visitors.

**Confidentiality** — All communications — both written and oral, inside and outside of the work place — that relate to our confidential and proprietary information must be treated with absolute confidentiality. Some examples of such information are: products, pricing schedules, financial data, lists of active or potential customers, technical data, and the proprietary information of its current or former customers.

**Procedures** — Be careful when undertaking sensitive product or business-related discussions. Don't have a discussion on sensitive matters in public places, including: elevators, restaurants, trains, buses, airplanes, airports, hotels, building lobbies, etc.

Don't show confidential product information and materials to outsiders — unless they have a true "need-to-know", and your manager has approved it.

Be sure to ensure privacy when faxing, messengering, or shipping materials or information. (*See the Electronic Security section for further information.*)

Don't ever baggage-check confidential materials when you are flying somewhere. You must hand-carry it on board.

Remember to lock file cabinets containing confidential materials before you leave your office for the day.

All visitors to our facilities must be accompanied by an employee. If you see someone who is unescorted, ask that person (pleasantly, please) if you can direct him or her to a specific employee. Or escort the visitor to the reception area for further assistance.

Failure to follow these rules will get you into serious trouble — including immediate discharge.

4

1. INTRODUCTION TO COMPUTER ASSOCIATES
      Welcome Letter
      Mission Statement
      Employee Handbook
      Policy on Equal Employment Opportunity (EEO)
          Complaint Procedure
      Policy on Sexual Harassment
          Complaint Procedure
          Employee Training
          False Complaints
      Employment with Computer Associates

2. EMPLOYMENT AND PLACEMENT
      Classification
      Date of Hire
      Required Immigration Information
      Employment Records
      Promotions/Transfers
      Business Rules and Ethics
      Drug Free Workplace
      Employee Assistance Program
      Smoking Policy
      Attendance and Reliability
      Appearance
      Garnishments
      Solicitations and Distributions
      Safety Awareness
      Posting Notices
      Computer Systems Security
      Guidelines for Use of eMail
      Guidelines for Use of the Internet & Intranet

3. COMPENSATION AND WORK SCHEDULE
      Salary and Performance Evaluation
      Pay Schedule and Method
      Overtime Pay
      Special Compensation Matters
          Holidays
          Breaks
      Authorized Employment-Related Expenses
          Business and Travel
          Relocation
      Paid Holidays

4. BENEFITS
      Introduction
      Group Health
          Eligibility and Enrollment
          Your Dependents
          Change in Family Status
          Changes in Coverage During The Year
          Cost
      Group Medical Benefits Through Cigna Healthcare
          What The Plan Pays For
          Definition of Terms
       What is a Preferred Provider Organization (PPO)
          Using the PPO

EXHIBIT

4

The Maximum Lifetime Benefit
Deductible
Your Out-of-Pocket Maximum
Pre-Existing Condition Limitations
Health Insurance Portability and Accountability Act of 1996
Pre-admission Certification
Continued Stay Review (CSR)
Maternity Pre-admission Certification (PAC) and Continued
Stay Review (CSR)
To Avoid Penalties
Case Management
Covered Medical Expenses
Special Plan Provisions
Expenses Not Covered
If You Are Entitled To Medicare
Health Maintenance Organizations
Group Dental Benefits
What The Plan Pays For
Type A (Preventive) Benefits
Deductible for Type B and Type C Benefits
Type B (Basic) Benefits
Type C (Restorative) Benefits
Orthodontic Benefits
Benefit Limits
Advance Claim Review
Alternate Treatment
Limitations
Expenses Not Covered
General Information On Your Group Health Plan
Coordination of Benefits (COB)
Third Party Liability
Claim Appeal
Claim Forms
Termination of Coverage
COBRA Continuation Coverage
Future Of The Plans
Survivor Benefits
Eligibility and Enrollment
Cost
Basic Life Insurance
Accidental Death & Dismemberment (AD&D) Insurance
Payment of AD&D Benefit
Limitations
Supplemental Life Insurance
General Information On Your Life Insurance Plan
Future Of The Plans
Employee Assistance Program
Disability Benefits
Sick Days
Short Term Disability (STD) Plan
Long Term Disability Plan
Future Of The Plans
Computer Associates Flexible Expense (Cafe) Plan
Federal Rules For Reimbursement Accounts
Effect On Other Benefits
Tax Savings

Making Your Decision
Health Care Account
   A Closer Look At The Health Account
   Funding Your Health Account
   Eligible Health Care Expenses
   Non-Eligible Expenses
   Estimated Eligible Expenses
  Enrollment
   Qualifying Change In Status
   Requesting Reimbursement
   Health Care Account Worksheet
Dependent Care Account
   Introduction
   Who Is Considered An Eligible Dependent
   Funding Your Dependent Care Account
   Eligible Dependent Care Expenses
   Non-Eligible Dependent Care Expenses
   Enrollment
   Qualifying Change In Status
   Requesting Reimbursement
   Estimating Eligible Dependent Care Expenses
   Dependent Care Account Worksheet
   The Tax Credit Vs. The Dependent Account
   Future Of Employee Benefits Plans
Severance
   Purpose
   Eligibility and Benefits
   Method of Payment
   Source of Benefit
   Review of Denial of Benefits
   Amendment or Termination of the Plan
   No Guarantee of Employment
   Your Rights Under ERISA
   Plan Administrator
   Type of Plan
   Agent for Legal Process
   Plan Year
   Identification Number
Work Related Injuries
Education Reimbursement
Computer Associates Matching Charitable Gifts Program
   Eligible Individuals
   Eligible Institutions
   Contributions
   Ineligible Contributions
   How To Apply
   Administration
General Information
   Your Benefit Plans
   Program Administration
   Funding of Benefit Plans
   Plan Year
   Benefit Program Information
   Plan Documents
   Plan Continuation
   Your Rights Under ERISA

5. COMPUTER ASSOCIATES SAVINGS HARVEST PLAN
   About the Plan
       Eligibility
       Reemployment with the Company
   Your Plan Contributions
       Pre-Tax Contributions
   Company Contributions
       Employer Matching Contributions
       Employer Discretionary Contributions
       Vesting
   Changing or Stopping Contributions to the Plan
   Investment Opportunities Available Through the Plan
       The Funds Are
       Computer Associates Stock Fund and Voting Rights
       Your Account Value
   Loans and Withdrawals While Employed
       Loans
       Voluntary After-Tax Withdrawals
       Hardship Withdrawals
       Account Distributions
       Your Beneficiary
       Taxation of Distributions
   Additional Plan Information
       Plan Participation and Other Company Benefits
       Plan Administrator and Trustee
       Plan Year
       No Assignment
       PBGC Insurance
       Plan Continuation
       Claims Procedure
       Plan Information
       Plan Not A Contract Of Employment
       Your ERISA Rights
   Special Provisions For Transferred Employees
       Eligibility and Vesting Service
       Transferred Accounts
       Special Distribution Options
       Special Death Benefit Forms
       Transfers to Related Company
   Glossary
       Eligibility Definitions
       Special Break-In-Service Rules
       Vesting Years of Service
   Additional Tax Information
       10% Early Distribution Tax
       50% Minimum Distribution Tax
       Rollovers and Federal Income Tax Withholding
       Special Tax Treatment
       Basic Recovery Rules

6. EMPLOYEES' TIME OFF
   Vacation
   Sick Time Accrual
   Jury Duty
   Time Off for Voting

Bereavement Leave
Family/Disability Leaves of Absence
   Approval Procedure
   Period of Leave
   Extension of Leave of Absence
   Benefits
   Reinstatement Upon Completion of Leave
   Procedure For Seeking Reinstatement
Military Leave

## Employment Records

All employment records and personnel papers must show your current legal name. The only official set of employment records are those located in the Islandia headquarters.

All materials submitted to CA for employment consideration, or records which became part of the pre-employment and employment process, become the property of Computer Associates. Employees may be asked information relating to medical conditions for emergency situations. This will remain confidential. Employees should keep Human Resources informed and updated on this information.

Employment records are maintained in confidence and are only available for viewing by the employee or by an authorized representative of CA. Except as otherwise required by law, it is the policy of CA to release only the following information to third parties: an employee's job title, work dates and CA work location. If an employee wishes other information to be provided to a third party, he or she must sign an authorization requesting CA to do so.

Any employee who is asked by any third party to give an assessment of a former employee should refer such a request immediately to Human Resources.

Employees are responsible for notifying Human Resources of all changes in status, such as home address, home telephone, marital, etc. Please be prompt about reporting these changes.

## Promotions/Transfers

We are a growing organization and jobs are constantly changing. Responsibilities may be taken on by employees informally without an initial change in job title or salary. These changes will be reviewed as part of the annual review process and may be adjusted. Goals, including promotional paths, are discussed with employees on an on-going basis. Through this process, employees are identified for available open positions with the Company and are interviewed by the appropriate department manager.

Employees desiring a change in position should schedule an appointment with Human Resources and their manager to discuss their career goals. If they qualify for an available open position, they will be referred to the appropriate manager for an interview. If an employee is qualified for an open position, they are generally selected rather than soliciting for outside candidates. The hiring manager makes the final decision on applicants.

## Business Rules and Ethics

To protect its interests and assure a productive and safe working environment, every company must promulgate work rules and require its employees to follow them. While some of these rules are stated below, they are not all-inclusive and employees should be guided in their conduct at all times by courtesy and common sense. Any infraction of the rules of personal conduct may, within CA's discretion, be grounds for discharge from CA.

**The following are examples of the type of improper behavior which may be grounds for termination of your employment with CA:**

Physical fighting

Deliberate effort to damage Company property

Smoking or possession of marijuana or other illegal drugs

Intoxication

Threatening other employees or customers

Falsifying records, including employment application information, time sheets, or business expenses

Any type of theft

Breach of security procedures

Possessing life threatening weapons such as guns and knives

Misrepresentation of the Company to customers or outside sources

Misuse of company-provided resources, such as computers, eMail, telephones, or vehicles for personal or other-than Company business

Violating Company policies on discrimination, sexual harassment or sexual misconduct

Inadequate job performance

Insubordination

Holding financial interests in privately held vendors of CA, unless disclosed and approved by management

Disclosing confidential information, including employee-related information such as performance evaluations, to non-authorized individuals within or outside CA

Engaging in outside employment or activities involving conflicts of interest, or without prior approval of CA

Smoking on Company premises

Excessive absenteeism or lateness

Negative attitude toward Company which affects productivity of employee and co-workers

Conduct which can reflect badly on the image or reputation of CA to clients, potential clients or anyone outside CA.

## Drug Free Work Place

Computer Associates has always been concerned about the good health of our employees and the hazards caused to themselves and others by the use of drugs. Everyone should be considered part of our team to make certain that our offices, business transactions and social gatherings are free of any distribution, possession or use of unlawful or controlled substances.

Any employee who violates our strict policy against drugs may be first offered admission to a rehabilitation program selected by Computer Associates. If an employee refuses help or fails to

5

I'd like to thank all of you for your strong work ethic and continuing devotion to quality during this transition period. I know that times of change can be difficult, especially when you may feel uncertain about the future.

In recent weeks we've seen a significant increase in download traffic by the development organization. As a result, I want to remind everyone of their responsibilities and obligations as developers at PLATINUM technology, inc. For your own benefit, please read the attached (IP Notice.doc) and be aware of your duties to abide by these legal and ethical obligations. These are responsibilities you agreed to upon your employment with PLATINUM, and laws that CA will enforce. I want to make sure that your future with CA or a different company is as smooth as possible and don't want there to be any questions or issues about company property.

The company's software assets and confidential information are owned exclusively by PLATINUM technology, inc. I strongly recommend that source code not be downloaded, even for learning or future reference, unless related to current work, because this could be viewed as a violation of the company's ownership rights. It is in everyone's best interest to be aware of, and sensitive to, these issues. I know many of you would like to "take your source code" with you for reference, but this is the property of the company.

I wish the best for all of you in whatever you decide to do going forward. Thanks for all of your hard work during your time with Platinum.

Paul Humenansky
COO
Platinum technology, inc.
humenansky@platinum.com

EXHIBIT

tables'

5

This notice is intended to serve as a reminder to all PLATINUM employees, that all intellectual property of the company, including but not limited to **source code**, is owned exclusively by the company, regardless of whether or not you have signed a specific confidentiality agreement. Specifically, the company's rights in computer software (including source code) are protected by copyright and trade secret law, and in some cases, patent law. Your access to intellectual property of the company was granted solely for the purpose of your performing your job, and any other use either during or subsequent to your employment by the company will constitute a violation of copyright and trade secret law. The consequences for such violations may result in both civil and criminal liability. We fully expect that our employees have acted, and will continue to act, in compliance with all laws. Accordingly, we are providing this notice as a reminder of PLATINUM's rights and your obligations.

**Copyright law**

Under the "work made for hire" doctrine, PLATINUM automatically owns all copyrightable works created by an employee in the scope of his/her employment. Accordingly, PLATINUM has the exclusive right to reproduce, distribute and display the work. Unauthorized use or copying of the work constitutes infringement, which is illegal under federal law.

**Trade secret law**

Trade secret law also protects against misappropriation of PLATINUM's computer software. Misappropriation or theft of a trade secret, which includes stealing, or without authorization taking, copying, duplicating, downloading, conveying or possessing the company's software, is illegal under both Illinois and federal law.

**Patent law**

PLATINUM also has patent rights in certain of its computer programs. A patent allows the owner to prohibit others from manufacturing, using or selling the patented invention and any such use without the owner's permission constitutes infringement which may result in civil liability

**Consequences for violation of these laws**

In the event of infringement of PLATINUM's copyrights or patents, or misappropriation of PLATINUM's trade secrets, the infringing or misappropriating party will be subject to injunctive and/or monetary liability. The penalties for copyright infringement may include liability for actual damages and profits, statutory damages and attorneys fees. Certain types of copyright infringement can also result in criminal penalties. Under Illinois trade secret law, PLATINUM may obtain an injunction against any use of the trade secrets, and each and every other party connected with the misappropriation or subsequent use of such trade secrets (including any future employer) could be liable for compensatory and punitive damages and attorneys fees. Finally, the Electronic Espionage Act of 1996 makes trade secret theft a federal crime, subject to penalties including fines of up to $500,000 for individuals ($5,000,000 for any future employer who knew or had reason to know of the theft), forfeiture and imprisonment for up to 10 years.

6

I thought I would share with you some information on how Quest Software (4320 Winfield Road Suite 500 Warrenville, IL 60555) copied source code from a Computer Associate product acquired through Platinum Technology, that product being Enterprise Database Administration.

In November of 1999, Betsy Walhgren gave each group member a CD that contained all the source code for Enterprise Database Administration. They were told that their project (DBAide) was running behind and were told to use the source code where necessary to help them meet their dates.

Rob Mackowiak and Mike Friel were over heard making a statement that the "PARSER" (another component of Quest's products) was copied from Enterprise Database Administration code.

Rob Mackowiak was over heard making comments that he was one of the people who helped design the "Analysis Engine" for Enterprise Database Administration at Platinum and that they were using the same "Analysis Engine" at Quest.

Sometime in the spring of 2000 after Quest received a letter from CA stating that they had received information from a former employee that their code was being used in Quest's products, Betsy Walhgren went around to each group member and was asking for the Enterprise Database Administration source code CD back because she was told by Deb Jensen to get rid of it. It was also over heard that code and email backup's were going to be destroyed. And they are still copying code to date.

If you don't believe this letter, just ask the individuals named or members of their groups, I am sure they will not lie.

Wouldn't it be great to have all these people pay back their severance and option money because they were stealing code!!!!

**EXHIBIT**

tabbies

6

Quest Software
4320 Winfield Road
Suite 500
Warrenville, IL 60555

6003214816 26

Rick Bolesta
Computer Associates Intl Inc
2400 Cabot Dr
Lisle, IL 60532



