**FILED**

MAR 2 3 2005

Judge James B. Moran
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMPUTER ASSOCIATES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) Case No. 02 CV 4721 ) ) |
| v. | ) Judge Moran ) |
| QUEST SOFTWARE, INC., a California corporation, MICHAEL J. FRIEL, an Illinois resident, DEBRA A. JENSON, and Illinois resident, ROBERT M. MACKOWIAK, an Illinois resident, ELIZABETH W. WAHLGREN, an Illinois resident, and FRANK L. BISOTTI, a Wisconsin resident, | ) Magistrate Judge Mason ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and 41(c), all parties to this action hereby stipulate that all claims and counterclaims comprising this case are dismissed with prejudice. The Parties to this Stipulation are: (1) plaintiff Computer Associates International, Inc. ("Computer Associates"); and (2) defendants Quest Software, Inc., Michael J. Friel, Debra A. Jenson, Robert M. Mackowiak, Elizabeth W. Wahlgren and Frank L. Bisotti (collectively, "Defendants"). The Parties have agreed to a settlement that resolves all claims asserted by Computer Associates against Defendants, and all claims asserted by Defendants against Computer Associates.

Accordingly, the Parties specifically stipulate that: (1) the Preliminary Injunction Order entered by this Court on August 3, 2004 is dissolved; (2) Computer Associates and any sureties acting on its behalf are hereby released from their obligations under the bonds filed pursuant to the requirement of a five million dollar ($5,000,000) security in the Preliminary

Injunction Order dated August 3, 2004; (3) Computer Associates claims against Defendants are dismissed with prejudice, each party to pay its own costs and attorneys' fees related thereto; and (4) the counterclaim asserted by Defendants against Computer Associates is dismissed with prejudice, each party to pay its own costs and attorneys' fees related thereto.

Dated: March 23, 2005

Respectfully submitted,

| | |
|---|---|
| John F. Zabriskie (6187887) | Brian D. Sieve, P.C. (6199741) |
| Jeanne M. Gills (6225018) | Michael J. Newman (6256447) |
| Jason J. Keener (6280337) | Colby Anne Kingsbury (6272842) |
| FOLEY & LARDNER LLP | David Rokach (6279703) |
| 321 North Clark | KIRKLAND & ELLIS LLP |
| Suite 2800 | 200 East Randolph Drive |
| Chicago, IL 60610 | Chicago, IL 60601 |
| (312) 832-4583 | (312) 861-2000 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |